```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF STUART M. GROSS,

            Plaintiff,

-v-

CBS BROADCASTING INC., *et al.*,

            Defendants.

No. 09 Civ. 1533 (RJS)

ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendants' letter dated April 15, 2009, requesting a pre-motion conference. Accordingly,

    IT IS HEREBY ORDERED that a pre-motion conference in this matter is scheduled for April 28, 2009 at 5:15 p.m.

    IT IS FURTHER ORDERED that Defendants' time to answer, move, or otherwise respond to the complaint is hereby extended in accordance with the briefing schedule to be set at the April 28, 2009 conference.

SO ORDERED

Dated:    April 16, 2009
            New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE