

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF STUART M. GROSS,

                Plaintiff,

-v-

CBS BROADCASTING INC., *et al.*,

                Defendants.

No. 09 Civ. 1533 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the pre-motion conference in this matter is rescheduled to April 28, 2009 at 3:45 p.m.

IT IS FURTHER ORDERED that the parties shall submit their joint letter and proposed case management plan to the Court no later than April 24, 2009.

IT IS FURTHER ORDERED that the initial conference scheduled for May 5, 2009 is canceled.

SO ORDERED

Dated:      April 21, 2009
              New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE